**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7619

BENJAMIN F. SALLEE, JR.,

Plaintiff - Appellant,

versus

SUPERVISOR JOYNER; LIEUTENANT WELLS; CASE
MANAGER BANKS; UNIT MANAGER BRADFORD; WARDEN,
which were in charge at that time,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-99-1556)

Submitted: March 23, 2000          Decided: March 30, 2000

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin F. Sallee, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin F. Sallee, Jr., appeals the district court's order denying relief on his Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sallee v. Joyner, No. CA-99-1556 (E.D. Va. Nov. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED